| | | | |
|---|---|---|---|
| State v. Smith | 111,755 | Denied ............ 04/21/2016 | Unpublished |
| State v. Smith | 109,165 | Granted in part; vacated in part; remanded to Ct. of App. ..... 04/14/2016 | Unpublished |
| State v. Soloman | 111,596 | Denied ............ 06/21/2016 | Unpublished |
| State v. Spohn | 111,630 | Denied ............ 03/28/2016 | Unpublished |
| State v. Stanley | 112,828 | Denied ............ 08/31/2016 | Unpublished |
| State v. Stevens | 113,433 | Denied ............ 03/31/2016 | Unpublished |
| State v. Stevenson | 108,010 | Granted ............ 06/21/2016 | Unpublished |
| State v. Stevenson | 111,864 | Denied ............ 03/28/2016 | Unpublished |
| State v. Stewart | 112,922 | Denied ............ 08/31/2016 | Unpublished |
| State v. Stone | 113,714 113,715 | Denied ............ 07/15/2016 | Unpublished |
| State v. Suellentrop | 111,743 | Denied ............ 04/21/2016 | Unpublished |
| State v. Tague | 113,886 113,887 | Denied ............ 07/15/2016 | Unpublished |
| State v. Tanner | 111,946 111,947 111,948 | Denied ............ 03/31/2016 | Unpublished |
| State v. Taylor | 112,442 | Denied ............ 07/22/2016 | Unpublished |
| State v. Thomas | 112,127 | Denied ............ 07/07/2016 | Unpublished |
| State v. Thomas | 109,951 | Granted ............ 06/21/2016 | Unpublished |
| State v. Thompson | 112,181 | Denied ............ 03/28/2016 | Unpublished |
| State v. Tice | 112,581 | Denied ............ 07/22/2016 | Unpublished |
| State v. Toliver | 112,509 112,510 | Granted ............ 08/31/2016 | Unpublished |
| State v. Tummons | 112,435 | Denied ............ 04/21/2016 | Unpublished |
| State v. Unrau | 114,234 | Denied ............ 09/01/2016 | Unpublished |
| State v. Vap | 111,798 | Denied ............ 06/21/2016 | Unpublished |
| State v. Villa | 112,107 | Granted ............ 06/21/2016 | Unpublished |
| State v. Villalobos | 111,776 | Denied ............ 08/31/2016 | Unpublished |
| State v. Wade | 112,121 | Denied ............ 07/07/2016 | Unpublished |
| State v. Ward | 109,325 | Granted ............ 06/21/2016 | Unpublished |
| State v. Warden | 111,714 | Denied ............ 06/21/2016 | Unpublished |
| State v. Warren | 110,949 | Denied ............ 03/28/2016 | Unpublished |
| State v. Watkins | 110,702 | Granted ............ 06/21/2016 | Unpublished |
| State v. Weis | 104,295 | Granted ............ 06/21/2016 | 47 Kan. App. 2d 703 |
| State v. Wells-Lee | 111,788 | Denied ............ 06/21/2016 | Unpublished |
| State v. Wherley | 112,177 | Denied ............ 08/31/2016 | Unpublished |
| State v. White | 112,062 | Denied ............ 03/31/2016 | Unpublished |
| State v. Whitmore | 109,924 | Denied ............ 06/21/2016 | Unpublished |
| State v. Wilkins | 110,355 | Denied ............ 07/22/2016 | Unpublished |
| State v. Williams | 113,170 | Denied ............ 07/15/2016 | Unpublished |
| State v. Willis | 110,954 | Denied ............ 06/21/2016 | 51 Kan. App. 2d 971 |
| State v. Wood | 111,243 | Granted ............ 06/21/2016 | Unpublished |